UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
         U.S.A.

         -V-           :           #18 CR 425 (JFK)

         Lawrence McAfee       :

------------------------------------------------X


The conference in this case is rescheduled from September 20, 2018 to

September 19, 2018 at 11:00 a.m.

SO ORDERED.

Dated:  New York, New York

8-9-18

_JOHN F. Keenan_

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8-9-18__