```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :

          - v. -                    :    ORDER

LAWRENCE McAFFE,                    :    18 Cr. 425 (JFK)

              Defendant.            :
- - - - - - - - - - - - - - - - - - X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-1-19

For the reasons set forth on the record on April 10, 2019, IT IS HEREBY ORDERED that the defendant shall forthwith be committed to the custody of the Attorney General, or his authorized representative, who shall hospitalize the defendant for restoration, to include treatment and evaluation at a Bureau of Prisons Medical Center. The defendant shall continue to be hospitalized for treatment in such a Medical Center facility for a reasonable period, not to exceed four months, to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to understand the nature and consequences of the proceedings against him and to assist properly in his defense;

IT IS FURTHER ORDERED that, should the responsible examining physician find at any time that the defendant has attained the capacity to permit criminal proceedings to go forward against him, the Bureau of Prisons shall notify the Court as soon as practicable;

IT IS FURTHER ORDERED that, as soon as practicable after the conclusion of the four-month period, but no later than August 6, 2019, the responsible examining physician shall submit a final report to the Court, as provided by Title 18, United States Code, Sections 4247(c) (1), (2), (3), and 4(a).

SO ORDERED:

*[signature]*
THE HONORABLE JOHN F. KEENAN

Dated: May 1, 2019