UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
UNITED STATES OF AMERICA

    -against-

LAWRENCE McAFFE,　　　　　　　　　　　　　　　　No. 18 Cr. 425 (JFK)
                                                          ORDER
          Defendant.

------------------------------------- X

**JOHN F. KEENAN**, United States District Judge:

        This Order supplements the Order that the Court issued on May 1, 2019. See ECF No. 29. Should involuntary treatment with medication be required to treat and/or restore Mr. McAffe to competency, such treatment may be administered. The Court orally issued such a directive on the record in proceedings on April 10, 2019. This Order confirms that directive.

**SO ORDERED.**

Dated:    New York, New York
           May 7, 2019

                                                John F. Keenan
                                      United States District Judge