UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.               :

        -V-                :        #18 CR 425 (JFK)

     Lawrence McAfee    :

------------------------------X

The conference in this case is adjourned from August 13 to November 13, 2019 at 11 a.m. The time between August 13 and November 13, 2019 is excluded.

SO ORDERED.

Dated: New York, New York

7-30-19

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-30-19