UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
     U.S.A.

     -V-

     Lawrence McAfee

----------------------------------X

#18 CR 425 (JFK)

The conference in this case, set for Tuesday, December 17, 2019, is rescheduled from 11:00 a.m. to 11:30 a.m. in Courtroom 20-C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-12-19

SO ORDERED.

Dated: New York, New York

12-12-19

JOHN F. KEENAN
United States District Judge