

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 2, 2020

**By ECF**
Hon. John F. Keenan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re: *United States v. Lawrence McAffee*, 18 Cr. 425 (JFK)

Dear Judge Keenan,

    The Government writes further to the parties' conference on December 17, 2019. The Government has contacted the Bureau of Prisons and alerted them to continue treating the defendant and that he be produced on March 24, 2020 to this Court for a conference. The Bureau of Prisons has requested that the Government seek an order from the Court to effectuate those directives.

    A proposed order for the Court's consideration is attached hereto.

    The Government is available to address any questions the Court may have.

    Very truly yours,

    GEOFFREY S. BERMAN
    United States Attorney

by: /s/
    Ryan B. Finkel
    Assistant United States Attorney
    (212) 637-6612

Copy to: Scott B. Tulman, Esq. (by ECF)