USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-6-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :

      - v. -                      :  **ORDER**

LAWRENCE McAFFE,                    :  18 Cr. 425 (JFK)

              Defendant.       :
- - - - - - - - - - - - - - - - - - X

    For the reasons set forth on the record on December 17, 2019, IT IS HEREBY ORDERED that the defendant shall continue to be committed to the custody of the Attorney General, or his authorized representative, who shall continue to hospitalize the defendant for restoration, to include treatment and evaluation at a Bureau of Prisons Medical Center. The defendant shall continue to be hospitalized for treatment in such a Medical Center facility for an additional period of time, until March 24, 2020, to determine whether the defendant will attain the capacity to understand the nature and consequences of the proceedings against him and to assist properly in his defense;

    IT IS FURTHER ORDERED that, should the responsible examining physician find at any time that the defendant has attained the capacity to permit criminal proceedings to go forward against him, the Bureau of Prisons shall notify the Court as soon as practicable;

IT IS FURTHER ORDERED that, the defendant shall appear in the Southern District of New York on March 24, 2020 for a conference in this matter;

IT IS FURTHER ORDERED that, in advance of March 24, 2020, the responsible examining physician shall submit an update to the report provided to the Court on November 27, 2019.

SO ORDERED:

*John F. Keenan*
THE HONORABLE JOHN F. KEENAN

Dated: January 6, 2020