USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-10-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X

UNITED STATES OF AMERICA,

                        :

     -v-                   ORDER

                        :

LAWRENCE McAFFE,          18 CR. 425 (JFK)

                        :

         Defendant.

-------------------------------X

Upon the application of the Defendant Lawrence McAfee, and the Government having consented thereto,

IT IS HEREBY ORDERED, that the Defendant shall continue to be committed to the custody of the Attorney General, or his authorized representatives, who shall continue to hospitalize the defendant for restoration, to include treatment and evaluation at a Bureau of Prisons Medical Center. The defendant shall continue to be hospitalized for treatment in such a Medical Center facility for an additional period of time, until April 30, 2020, *at 11:00 Am* to determine whether Defendant will attain the capacity to understand the nature and consequences of the proceedings against him and to assist in his defense;

IT IS FURTHER ORDERED, that should the examining physicians find at any time that the Defendant has attained the capacity to permit criminal proceedings to go forward against him, the Bureau of Prisons shall notify the Court as soon as practicable;

IT IS FURTHER ORDERED, that the Defendant shall be produced

for an appearance in the Southern District of New York on April

30 , 2020 _at 11 a.m._ for a conference in this matter; and

IT IS FURTHER ORDERED, that in advance of the April 30,

2020 _hearing_ the responsible examining physician shall submit an update

to the Court of its report provided on November 27, 2019.

SO ORDERED:

_John F. Keenan_
THE HONORABLE JOHN F. KEENAN

Dated:    ~~February~~ _March 10_ __, 2020