UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

         -V-

        McAfee

------------------------------X

#18 CR 425 (JFK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-13-20

The conference has been adjourned from September 14 to September 24, 2020 at 11:00 a.m. The time between September 14 and September 24, 2020 is excluded.

SO ORDERED.

Dated: New York, New York

7-13-20

_____
JOHN F. KEENAN
United States District Judge