USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-23-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :

    - v. -                         : [Proposed] ORDER

LAWRENCE McAFFE,                  : 18 Cr. 425 (JFK)

        Defendant.              :
- - - - - - - - - - - - - - - - - x

    IT IS HEREBY ORDERED that the defendant shall continue to be committed to the custody of the Attorney General, or his authorized representative, who shall continue to hospitalize the defendant for treatment and evaluation at a Bureau of Prisons Medical Center pursuant to 18 U.S.C. § 4246;

    IT IS FURTHER ORDERED that personnel at the designated Bureau of Prisons Medical Center shall evaluate the defendant pursuant to 18 U.S.C. § 4246 to determine if the defendant is presently suffering from a mental disease or defect as a result of which, should the defendant be release from custody, his release would create a substantial risk of bodily injury to another person or serious damage to property of another;

    IT IS FURTHER ORDERED that, the responsible examining physician shall prepare a report containing the results of its evaluation described above and transmit that report to the Court, the defendant's attorney, and attorneys for the Government by November 14, 2020;

IT IS FURTHER ORDERED that, with the consent of the defendant, that time in this matter be excluded until November 30, 2020.

SO ORDERED:

*John F. Keenan*
THE HONORABLE JOHN F. KEENAN

Dated: September 23, 2020