UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

          -V-                              #18 CR 425 (JFK)

        McAfee

------------------------------X

The conference has been adjourned from November 30, 2020 to December 1, 2020 at 11:00 a.m. in Courtroom 20-C. The time is excluded.

SO ORDERED.

Dated:  New York, New York

10-9-20

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-9-20