UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

-v-

LAWRENCE MCAFEE,
                Defendant.
------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

No. 18 CR 425 (JFK)

I am aware that I have been charged with violations of federal law. I have consulted with my attorney about those charges. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York and to have my attorney beside me as I do. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I have discussed these issues with my attorney. By signing this document, I wish to advise the court that I willingly give up my right to appear in person for the hearing on _December 1, 2020_. By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me, so long as the following conditions are met: I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

| 11.20.2020 | LAWRENCE MCAFEE | [signature] |
|---|---|---|
| Date | Print Name | Signature of Defendant |

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

| 11.20.2020 | SCOTT B. TULMAN | [signature] |
|---|---|---|
| Date | Print Name | Signature of Defense Counsel |

**Addendum for a defendant who requires services of an interpreter:**
I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Accepted: _John F Keenan_
          Signature of Judge
          Date: 11/24/20