USDC S...
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-1-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

              U.S.A.

               -V-             :

          McAfee

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

#18  CR 425  (JFK)

The teleconference has been adjourned from  December 1, 2020 to December 9, 2020

at 11:00 a.m.   The time between December 1 and December 9, 2020 is excluded.


               SO ORDERED.

Dated:  New York, New York

        12-1-20     _____

                       JOHN F. KEENAN
                United States District Judge