```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA           :

    - v. -                        :   **ORDER**

LAWRENCE McAFEE,                   :   18 Cr. 425 (JFK)

        Defendant.              :
- - - - - - - - - - - - - - - - - - x

IT IS HEREBY ORDERED that, upon the defendant LAWRENCE McAFEE's release from custody, the Bureau of Prisons shall provide the defendant (i) a copy of the defendant's prescriptions; and (ii) to the extent available, the remainder of any of the defendant's prescription medication.

SO ORDERED:

*/s/ John F. Keenan*
THE HONORABLE JOHN F. KEENAN

Dated: January 21, 2021