```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA             :

    - v. -                           :     ORDER

LAWRENCE McAFEE,                     :     18 Cr. 425 (JFK)

            Defendant.               :
- - - - - - - - - - - - - - - - - - X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/3/2021

Following a February 1, 2021 conference; IT IS HEREBY ORDERED that, Lawrence McAfee (the "defendant") shall report to the Crisis Center at Capital Health Medical Center, 750 Brunswick Avenue, Trenton, NJ 08638, by 12:00 p.m. on February 4, 2021;

IT IS HEREBY FURTHER ORDERED that, in the event the defendant does not report to the Crisis Center at Capital Health Medical Center as directed, the New Jersey Pretrial Services Office shall coordinate with the local police and/or the USMS to arrange for officers to transport the defendant to that location;

IT IS HEREBY FURTHER ORDERED that the defendant shall permit the New York and New Jersey Pretrial Services Offices to communicate with the Crisis Center at Capital Health Medical Center regarding the defendant's medical conditions and history;

IT IS HEREBY FURTHER ORDERED that the parties will participate in a telephone conference in this matter on February 8, 2021 at 11:00 a.m. This conference will be heard telephonically at (888) 363-4749; access code 788 3927 #;

IT IS HEREBY FURTHER ORDERED that, on consent of the parties, time in this matter under the Speedy Trial Act shall be excluded until July 2, 2021;

And IT IS HEREBY FURTHER ORDERED that the New Jersey Pretrial Services Office shall make reasonable efforts to notify the defendant of the terms of this order.

SO ORDERED.

Dated: New York, New York
February 3, 2021

*John F. Keenan*
John F. Keenan
United States District Judge