```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :         No. 18 Cr. 425 (JFK)
                                        :
LAWRENCE MCAFEE,                        :              ORDER
                                        :
                        Defendant.      :
---------------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

The conference scheduled for February 23, 2021 at 11:00 a.m. will be heard telephonically using the following conference line and dial-in:

    AT&T Conference Line: 1-888-363-4749
    Access Code: 788 3927 #

**SO ORDERED.**

Dated:  New York, New York
        February 16, 2021

                                        _____
                                                John F. Keenan
                                          United States District Judge