```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA           :

    - v. -                          :   18 Cr. 425 (JFK)

LAWRENCE McAFEE,                   :   **ORDER**

              Defendant.      :
- - - - - - - - - - - - - - - - - - X

    Following a February 23, 2021 conference; IT IS HEREBY ORDERED that, Lawrence McAfee (the "defendant") shall permit Yolanda Labranche, Sarah Watson, Pretrial Services in the Southern District of New York and Pretrial Services in the District of New Jersey, to communicate with any mental health provider, or medical professional treating the defendant, regarding the defendant's medical conditions, mental health, medical history and treatments;

    IT IS HEREBY FURTHER ORDERED that the Pretrial Services Office shall make reasonable efforts to notify the defendant of the terms of this order.

SO ORDERED.

Dated:  New York, New York
        March 2, 2021

                                               John F. Keenan
                                         United States District Judge