```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-10-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
    -against-                       :   No. 18 Cr. 425 (JFK)
                                    :
LAWRENCE MCAFEE,                    :   **ORDER**
                                    :
                    Defendant.      :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

The Court, having received an email from Pretrial Services dated March 10, 2021, regarding Defendant Lawrence McAfee's recent conduct, hereby ORDERS that Defendant, Defense Counsel, Counsel for the Government, and representatives of the New York and New Jersey Pretrial Services offices involved in Defendant's supervision shall appear for an in-person conference on March 16, 2021 at 11:30 a.m. in Courtroom 20-C. By no later than 5:00 p.m. on March 15, 2021, Pretrial Services shall provide the Court with a written memorandum advising the Court of all relevant information regarding Defendant's pretrial release.

**SO ORDERED.**

Dated:  New York, New York
        March 10, 2021

                                    _____
                                        John F. Keenan
                                    United States District Judge