```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA                :
                                        :
     -against-                          :      No. 18 Cr. 425 (JFK)
                                        :
LAWRENCE MCAFEE,                        :          ORDER
                                        :
                         Defendant.     :
----------------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

In view of the information provided in Pretrial Services' March 10, 2021 email to the Court, a copy of which is attached with certain personal information redacted, counsel should be prepared to discuss during the March 16, 2021 conference whether Defendant Lawrence McAfee's conduct constitutes a violation of the conditions of his release imposed by the Court's January 12, 2021 Opinion & Order (ECF No. 61) and to which all counsel agreed were appropriate. Further, counsel should be prepared to discuss whether McAfee's bail should be revoked and whether he should be committed to the custody of the Attorney General, or his authorized representative, who shall hospitalize McAfee for treatment and evaluation at a Bureau of Prisons Medical Center pursuant to 18 U.S.C. §§ 4241 and 4246.

**SO ORDERED.**

Dated:  New York, New York
        March 10, 2021

_____
John F. Keenan
United States District Judge

| | |
|---|---|
| **From:** | |
| **To:** | |
| **Cc:** | |
| **Subject:** | Lawrence McAfee (18 CR 425) |
| **Date:** | Wednesday, March 10, 2021 12:43:34 PM |

Hi ▮,

I wanted to provide the Court with an update since the last hearing, which includes Mr. McAfee's hospitalization and release, and the fact that he no longer has a suitable residence. Pretrial believes that a hearing is again necessary to address these ongoing issues.

On 2/27, Mr. McAfee was transported via ambulance to Capital Health Medical Center. PSO G▮ was then advised the next day that Mr. McAfee would be transferred to St. Francis Hospital for mental health treatment. ▮, the neighbor caring for Mr. McAfee, advised that neighbors reported Mr. McAfee acting strangely and said he did not appear physically well. McAfee later advised Ms. ▮ that he had a seizure and believed he overdosed on his medication. PSO G▮ was contacted by Capital Health staff and they advised Mr. McAfee was delusional and exhibiting bizarre behaviors. He was not homicidal or suicidal but did not appear capable of caring for himself. The government and defense counsel were advised of this information on 3/1.

Yesterday, PSO G▮ reached out to me and advised that Mr. McAfee was no longer welcome in Ms. ▮'s home. According to Ms. ▮'s boyfriend, Mr. McAfee came into the home high and people in the neighborhood said he was walking around offering people marijuana. Mr. McAfee was discharged from St. Francis Hospital this past Saturday, 3/6. The hospital declined to provide PSO G▮ with any information because Mr. McAfee never signed a release form despite the Court's order and him verbally indicating that the staff could provide PSO G▮ with the necessary information. He was transported to Ms. ▮'s home via ambulance. After Mr. McAfee returned to the home yesterday smelling of marijuana and receiving reports from friends and neighbors that Mr. McAfee was walking around the neighborhood offering marijuana and trying to find someone to get high with, Ms. ▮ and her boyfriend advised PSO G▮ that McAfee was no longer permitted in their home or at their second property. Based on the information from the GPS bracelet, McAfee went to a hotel, where he remained this morning. He reportedly had an appointment this afternoon with Oaks Integrated, a mental health program in Trenton, but it is unclear if he will attend the appointment. The appointment was arranged by St. Francis. PSO G▮ has no way of contacting Mr. McAfee to follow up on anything that has been going on. He was using Ms. ▮'s cell phone, but that is no longer available. Defense counsel and the government were advised of this update this morning.

Mr. McAfee has been to the Capital Health Crisis Center on numerous occasions and has been discharged with minimal follow up. He has no stable residence and his mother, father and now neighbors have expressed their desire not to be involved in his care. Unfortunately, it appears all options available at this time have been exhausted. Pretrial believes that Mr. McAfee returning to custody is the only way to properly address safety of the community and future appearances in Court.


Intensive Supervision Specialist
U.S. Pretrial Services
Southern District of New York