UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

         -V-                     #18 CR 425 (JFK)

        McAfee

------------------------------X

The conference set for March 16, 2021 at 11:30 a.m. shall be telephonic via dial-in **1-888-363-4749** and access code: **788 3927 #.**

SO ORDERED.

Dated: New York, New York
3-16-21

*/s/ John F. Keenan*
JOHN F. KEENAN
United States District Judge

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3-16-21]