UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
      U.S.A.

        -V-

      McAfee

------------------------------X

#18 CR 425 (JFK)

The conference set for April 7, 2021 at 11:00 a.m. shall be telephonic via dial-in **1-888-363-4749** and access code: **788 3927 #.**

SO ORDERED.

Dated: New York, New York
3-16-21

_____
JOHN F. KEENAN
United States District Judge