```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
     -against-                      :    No. 18 Cr. 425 (JFK)
                                    :
LAWRENCE MCAFEE,                    :           ORDER
                                    :
                         Defendant. :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

The conference scheduled for April 7, 2021 at 11:00 a.m. will be in-person in Courtroom 20-C. Accordingly, Defendant, Defense Counsel, Counsel for the Government, and representatives from the New York and New Jersey Pretrial Services offices involved in Defendant's supervision shall appear for the conference. If the New Jersey Pretrial Services representative cannot reasonably appear in-person, he/she may appear by phone. By no later than 5:00 p.m. on April 6, 2021, Pretrial Services shall provide the Court with a written memorandum advising the Court of all relevant information regarding Defendant's pretrial release.

**SO ORDERED.**

Dated:  New York, New York
        April 1, 2021

                                    /s/ John F. Keenan
                                    _____
                                         John F. Keenan
                                    United States District Judge