UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
       U.S.A.

         -V-                              #18 CR 425 (JFK)

     Lawrence McAfee

------------------------------X

At the April 7, 2021 conference, the defendant was released into the custody of Ms. Watson. The Pretrial Services Officer shall put a GPS bracelet on Mr. McAfee. The defendant is not to possess a knife.

SO ORDERED.

Dated: New York, New York

4-7-21

JOHN F. KEENAN
United States District Judge