

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 14, 2021

**By ECF**

Hon. John F. Keenan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: ***United States v. Lawrence McAfee***, 18 Cr. 425 (JFK)

Dear Judge Keenan,

Pursuant to the Court's order during the April 7, 2021 conference, the Government spoke with the defendant's caretaker, Ms. Watson, and was advised as follows:

- The defendant is presently housed at Northbrook Behavioral Health Hospital in Blackwood, New Jersey.[1]
- Subsequent to the April 7, 2021 conference in this case, Ms. Watson traveled home with the defendant.  Ms. Watson observed that the defendant was suffering a "mental breakdown" and was acting "aggressively toward himself."  As a result of his actions, Ms. Watson contacted emergency services who subsequently transported the defendant to Northbrook Behavioral Hospital.  Ms. Watson does not believe the defendant was acting aggressively toward others.
- Ms. Watson understands that the defendant's present commitment at Northbrook Behavioral Hospital is "short term," and anticipated to last about three weeks. Northbrook Behavioral Hospital will release the defendant when he has stabilized. However, Ms. Watson suggested that the hospital can extend the defendant's stay if he has not yet stabilized or transfer him to another facility.
- Ms. Watson is continuing to process the defendant's social security benefits, which may enable him to be hospitalized at another facility on a long-term basis.

Pretrial Services for the District of New Jersey confirmed that it has been notified by Northbrook Behavioral Hospital that the defendant has been housed there since April 9.  Pretrial Services for the District of New Jersey reported to the Government, that from April 7 to April 9

---

[1] Ms. Watson stated the defendant was housed in "Norwood Behavioral," however, that institution appears to be located in Massachusetts.  The Government believes that the correct name of the facility is Northbrook Behavioral Hospital, which was confirmed by Pretrial Services in the District of New Jersey.

Page 2

the defendant was housed with Capital Health, a short-term mental healthcare provider. Capital Health determined that the defendant required more treatment than they could provide. Capital Health further reported to Pretrial Services that the defendant was acting out, including by throwing chairs. Thus, the defendant was transferred to Northbrook Behavioral Hospital where it is anticipated he will remain for 3 to 6 weeks. At this time, no discharge date has been set but Pretrial Services for the District of New Jersey will remain in contact with the defendant's social worker at Northbrook Behavioral Hospital to ensure they are appraised of future developments.[2]

Defense counsel was supplied a draft of this letter prior to filing and raised no objections to the information described herein.

The Government is available to address any questions the Court may have.

Very truly yours,

AUDREY STRAUSS
United States Attorney

by: /s/_____
Ryan B. Finkel
Assistant United States Attorney
(212) 637-6612

Copy to: Scott B. Tulman, Esq. (by ECF)

---

[2] The defendant still has his GPS ankle monitor affixed, however, the monitor has not been charged since April 7, 2021, and it is not currently operative.