UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
        U.S.A.

          -V-                  :        #18 CR 425 (JFK)

       McAfee
----------------------------------------X

The next status conference in this case is set for Wednesday, May 26, 2021 at 12:00 p.m. in person in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
4-26-21

*[signature]*
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-26-21