UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      U.S.A.             :          #18 CR 425 (JFK)

      -V-           :

      McAfee        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

A status conference in this case is set for Wednesday, June 2, 2021

at 11:00 a.m. in person in Courtroom 20-C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-1-21

SO ORDERED.

Dated: New York, New York

6-1-21

John F. Keenan
JOHN F. KEENAN
United States District Judge