LAW OFFICES OF
# SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE, 18th Floor
NEW YORK, NEW YORK 100
(212) 867-3600

stulman@tulmanlaw.com
WWW.TULMANLAW.COM

June 8, 2021

Honorable John F. Keenan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007


MEMO ENDORSED

Re:   United States v. Lawrence McAfee

Dear Judge Keenan:

I was appointed by the Court on February 28, 2018, to represent defendant Lawrence McAfee pursuant to 18 U.S.C. § 3006. I write at the Court's direction, following a conference held on June 2, 2021, to respectfully move for authorization to retain the services of Pierre Sussman, Esq., an attorney whose practice has centered on representing psychiatric patients in Mental Health Law proceedings under Article 9 and Guardianship proceedings under Article 81. Mr. Sussman was referred to me by Julie Fernandez, Esq., whose name I provided at the conference last week. I wish to retain Mr. Sussman in an advisory capacity to assist in determining what steps can be taken in New York State to tend to my client's significant and disabling psychiatric needs. I request that Mr. Sussman be compensated at a reduced hourly rate of $300.00, provided that fees in this case for such services will not exceed $3,500.00, without further application to this Court.

Accordingly, I respectfully request that the Court authorize me to retain Mr. Sussman to assist me in preparing for the next conference scheduled for June 30, 2021.

I thank the Court for its attention to this request.

```
Defendant's request to retain Pierre Sussman at an hourly rate of $300,
not to exceed $3,500 total fees for Mr. Sussman's services, is GRANTED.

SO ORDERED.

Dated:  New York, New York
        June 8, 2021
                                        John F. Keenan
                                        United States District Judge
```