UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X

U.S.A

-V-

McAFee

-------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8-27-21

# 18-CR-425 (JFK)

The conference in this case is adjourned from _September 8_

to _September 14, 2021_, at 11:00 am in Courtroom 20-C. The time
between September 8 and September 14, 2021
is excluded.

SO ORDERED.

Dated:  New York, New York

8-27-21

JOHN F. KEENAN
United States District Judge