USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-14-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

U.S.A
　　-v-

McAfee

------------------------------------X

#18-cr-425 (JFK)

The conference in this case is adjourned from September 14 to October 5, 2021 at 11:00 am in Courtroom 20-C. The time between September 14 and October 5, 2021 is excluded.

SO ORDERED.

Dated: New York, New York

9-14-21

　　　　　　　　　　　　　　　John F. Keenan
　　　　　　　　　　　　　　　JOHN F. KEENAN
　　　　　　　　　　　　　　　United States District Judge