UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-                           #18 CR 425 (JFK)

        McAfee

------------------------------X

The conference in this case is set for Tuesday, October 5, 2021, is rescheduled from 11:00 a.m. to **11:30 a.m.**, in person in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

9-17-21

/s/ John F. Keenan
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-17-21