USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-4-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
        U.S.A.

        -V-

        McAfee

-------------------------------X

#18 CR 425 (JFK)

The conference in this case is adjourned from October 5 to November 4, 2021 at 11:00 a.m., in person in Courtroom 20-C. The time between October 5 and November 4 is excluded.

SO ORDERED.

Dated: New York, New York
10-4-21

_____
JOHN F. KEENAN
United States District Judge