USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-4-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------X

UNITED STATES OF AMERICA :

- v. - : **ORDER**

LAWRENCE McAFEE, : 18 Cr. 425 (JFK)

            Defendant. :

------------------X

    Following a November 3, 2021 conference;

    IT IS HEREBY ORDERED, on consent, that, Lawrence McAfee (the "defendant") shall be released on his own signature on November 5, 2021 pursuant to the condition that he report to the NYC Health & Hospitals/Harlem Hospital Center's Psychiatric Unit by 4:00 PM on November 5, 2021, to voluntarily commit himself pursuant to Mental Hygiene Law § 9.13, and that the defendant shall be transported to the entrance of the NYC Health & Hospitals/Harlem Hospital Center's Psychiatric Unit by the United States Marshals Service ("USMS") accompanied by Pierre Sussman, Esq.;

    IT IS HEREBY FURTHER ORDERED that upon arrival at the NYC Health & Hospitals/Harlem Hospital Center, any handcuffs, shackles or other restraints employed while transporting the defendant shall be removed and the defendant shall be released

from custody, so that the defendant, accompanied by Pierre Susssman, Esq., can voluntarily commit himself pursuant to Mental Hygiene Law § 9.13, consistent with the defendant's stated wishes during the November 3, 2021 conference;

IT IS HEREBY FURTHER ORDERED that, in the event the defendant does not report to, or is not admitted to an appropriate New York City Hospital's Psychiatric Unit, the defendant's bail shall be deemed revoked and the USMS shall take the defendant into custody;

IT IS HEREBY FURTHERE ORDERED, that the defendant's release shall be subject to the following additional conditions:

- McAfee shall be subject to supervision by Pretrial Services;

- McAfee shall comply with all directions he receives from Pretrial Services;

- McAfee's travel is restricted to the Southern and Eastern Districts of New York for the purposes of court appearances, attorney visits, medical treatment, or other reasons approved by Pretrial Services;

- McAfee shall not seek to be discharged from the NYC Health & Hospitals/Harlem Hospital Center's Psychiatric Unit or any other hospital in which he is hospitalized without notice to and approval from Pretrial Services;

- McAfee shall not commit a Federal, State or local crime;

- McAfee shall not possess a firearm, destructive device, or other weapon;

- McAfee shall not use or unlawfully possess a narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner;

- McAfee shall refrain from consuming alcohol;

- McAfee shall take all medications prescribed by a licensed medical practitioner,

- By no later than December 14, 2021 McAfee shall provide the Court with a report from a licensed medical practitioner setting forth an update regarding McAfee's mental health status and the conditions of his treatment,

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Finally, the FEDERAL BUREAU OF PRISONS shall provide a copy of McAfee's medical records to him ~~during his release~~ for the purpose of providing to Nav Lam Hospital, which (JFK) must include a list of all prescriptions and medications the BOP is providing to him.

Agreed to:

_/s/ ST_____
Scott Tulman, Esq.
Pierre Sussman, Esq.
Attorneys for Lawrence McAfee

_/s/ Daniel M. Loss_____
Ryan Finkel, Esq.
Daniel Loss, Esq.
Assistant United States Attorneys
United States Attorney's Office
Southern District of New York

SO ORDERED:

_/s/ John F. Keenan_____
THE HONORABLE JOHN F. KEENAN

Dated: November 4, 2021