UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
          U.S.A.

          -V-                    :      #18 CR 425 (JFK)

          McAfee

------------------------------X

A status conference in this case is set for Tuesday, November 30, 2021 at 11:00 a.m., in person in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

11-29-21

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11-29-21