UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
           U.S.A.

           -V-                  :         #18 CR 425 (JFK)

          McAfee

------------------------------------------- X

The conference, previously set for Thursday, December 16, 2021 at 11:00 a.m., has been cancelled.

SO ORDERED.

Dated: New York, New York

11-30-21

*[signature]*
JOHN F. KEENAN
United States District Judge

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 11-30-21*