UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
          U.S.A.

                        :               #18  CR 425  (JFK)

        -V-              :

       McAfee

                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The conference is adjourned from Tuesday, December 7, 2021 to

Wednesday, December 8, 2021 at 11:30 a.m. in Courtroom 20-C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-7-2

                    SO ORDERED.

   Dated:  New York, New York

12-7-21

*John F. Keenan*
            JOHN F. KEENAN
      United States District Judge