**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
     -against-                      :     No. 18 Cr. 425 (JFK)
                                    :
LAWRENCE MCAFEE,                    :           **ORDER**
                                    :
                         Defendant. :
------------------------------------X

APPEARANCES

FOR DEFENDANT LAWRENCE MCAFEE:
     Scott B. Tulman
     LAW OFFICES OF SCOTT B. TULMAN & ASSOCIATES, PLLC

FOR THE UNITED STATES OF AMERICA:
     Ryan B. Finkel
     U.S. ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK

**JOHN F. KEENAN, United States District Judge:**

   IT IS HEREBY ORDERED that the Bureau of Prisons is to have Dr. Eric Goldsmith, a licensed psychiatrist, conduct an examination of defendant Lawrence McAfee (the "defendant") pursuant to Title 18, United States Code, Sections 4241 (b) and 4246, in order to determine whether the defendant is suffering from any mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  Dr. Goldsmith is to choose another psychiatrist to also examine the Defendant and is to notify the Court and the Government of the identity of the other

1

mental health expert.  The Court and the Government will notify defense counsel of the doctor's identity;

IT IS FURTHER ORDERED that the examinations be completed within 60 days of this Order.  This is with the consent of defense counsel;

IT IS FURTHER ORDERED that at the conclusion of the examination, the doctors will prepare a report of Lawrence McAfee's mental condition in order to assist the Court and counsel in the determination of whether there is reasonable cause to believe the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

IT IS FURTHER ORDERED that the BOP report the results of the evaluations to the Court by February 18, 2022; and

IT IS FURTHER ORDERED that time be excluded pursuant to the provisions of the Speedy Trial Act until February 18, 2022, because the interests of justice are best served by permitting both sides to learn the psychiatric condition of the defendant and whether he is competent to stand trial and to assist in his own defense.

**SO ORDERED.**
Dated:  New York, New York
        December 21, 2021

                               */s/ John F. Keenan*
                               John F. Keenan
                        United States District Judge