

LAW OFFICES OF
# SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE, 18th Floor
NEW YORK, NEW YORK 100
(212) 867-3600

stulman@tulmanlaw.com
WWW.TULMANLAW.COM

December 30, 2021

Honorable John F. Keenan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Lawrence McAfee

Dear Judge Keenan:

On June 8, 2021, the Court approved Defendant's request to retain Pierre Sussman, Esq. at an hourly rate of $300, not to exceed $3,500.00, for advisory services in connection with the commitment of my client under New York law on account of his significant and disabling psychiatric needs.  (Doc. 86).  I write *nunc pro tunc* to seek approval for services already provided and to be provided by Mr. Sussman, with fees not to exceed $12,000.00, and to permit Mr. Sussman to file an interim voucher.

As the Court is aware, Mr. Sussman is actively involved in this matter, with his time spent far greater than initially anticipated.  Apart from advising me, Mr. Sussman has attended and participated in court appearances and telephone conferences, accompanied Mr. McAfee to Harlem Hospital, served as the "contact person" following Mr. McAfee's discharge from the hospital, and otherwise assisted the defense in its efforts to achieve a just and appropriate disposition of this case.  Mr. Sussman informs me that to date, he has spent approximately thirty-three hours on this matter.

For the reasons set forth above, the defense requests that the retention of Pierre Sussman at an hourly rate of $300, not to exceed $12,000 total fees be granted, and that he be allowed to file an interim voucher.  I thank the Court for its attention to this request and wish Your Honor and Chambers a very happy new year.

Defendant's request to retain
Pierre Sussman at an hourly rate of
$300, not to exceed $12,000 total
fees for Mr. Sussman's services, is
GRANTED.

Respectfully submitted,

Scott B. Tulman

**SO ORDERED.**

Dated:  New York, New York
        January 3, 2022

John F. Keenan
United States District Judge