

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

April 4, 2022

**MEMO ENDORSED**

**By ECF**
Hon. John F. Keenan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/22

**Re**: *United States v. Lawrence McAffee*, 18 Cr. 425 (JFK)

Dear Judge Keenan,

The Government, joined by the defense, writes to request an adjournment of Wednesday's conference in this case for approximately two weeks.

Today, the Government was informed, via phone, by Dr. Hersberger that Dr. Hersberger does not presently agree with Dr. Goldsmith's assessment that the defendant "meet[s] all three of the legal criteria: A danger to himself, others, and property." The parties request to adjourn the conference to discuss this development and determine whether there is an agreement among the parties about the next steps in this matter.

The Government respectfully requests that the Court exclude time until the date of the next conference.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: /s/
Ryan B. Finkel
Assistant United States Attorney
(212) 637-6612

```
In light of the parties' agreement,
the Government's request is
GRANTED.  The conference scheduled
for April 6, 2022, is adjourned to
April 20, 2022, at 11:15 A.M. in
Courtroom 20-C. The time between
April 6 and April 20, 2022, is
excluded under the Speedy Trial
Act, 18 U.S.C. § 3161(h)(7)(A).
The Parties are directed to provide
the Court with an update on Dr.
Hersberger's assessment as soon as
possible.

SO ORDERED.

Dated: New York, New York
       April 5, 2022
```

*[signed]* John F. Keenan
John F. Keenan
United States District Judge