UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
        U.S.A.

        -V-

        McAfee

---------------------------------X

#18 CR 425 (JFK)

The conference is adjourned from April 20 to Tuesday, April 26, 2022 at 11:15 a.m., in person, in Courtroom 20-C

SO ORDERED.

Dated: New York, New York
       4-12-22

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-12-22