UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
      U.S.A.

       -V-

     McAfee

------------------------------X

#18 CR 425 (JFK)

Due to Mr. Tulman's unavailability, the conference is adjourned from April 26 to Tuesday, May 3, 2022 at 11:15 a.m., in person, in Courtroom 20-C. The time between April 26, 2022 and May 3, 2022 is excluded.

SO ORDERED.

Dated: New York, New York

4-20-22

JOHN F. KEENAN
United States District Judge