UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

          -V-                                     #18 CR 425 (JFK)

        McAfee

------------------------------X

The conference is adjourned from May 3, 2022 to May 5, 2022 at 11:15 a.m. in person, in Courtroom 20-C.

SO ORDERED.

Dated:  New York, New York

5-2-22

*/s/ John F. Keenan*
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-2-22