```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
UNITED STATES OF AMERICA           :
                                   :
     -against-                     :      No. 18 Cr. 425 (JFK)
                                   :
LAWRENCE MCAFEE,                   :             **ORDER**
                                   :
                    Defendant.     :
-----------------------------------------X

APPEARANCES

FOR DEFENDANT LAWRENCE MCAFEE:
    Scott B. Tulman
    LAW OFFICES OF SCOTT B. TULMAN & ASSOCIATES, PLLC

FOR THE UNITED STATES OF AMERICA:
    Ryan B. Finkel
    U.S. ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK

**JOHN F. KEENAN, United States District Judge:**

IT IS HEREBY ORDERED that the Defendant, Lawrence McAfee ("McAfee"), be hospitalized by the Federal Bureau of Prisons for a period not to exceed 45 days to determine whether he will attain competency pursuant to 18 U.S.C. § 4241(d);

IT IS FURTHER ORDERED that should McAfee be found incompetent by the Federal Bureau of Prisons it shall immediately, for a period not to exceed 45 days, determine whether he meets the criteria for dangerousness pursuant to 18 U.S.C. § 4246;

IT IS FURTHER ORDERED that at the conclusion of the examination, the Federal Bureau of Prisons will prepare a report of McAfee's mental condition and dangerousness.

The Clerk of Court is respectfully directed to terminate the motions docketed at ECF Nos. 128 and 129. As the Court noted in its May 20, 2022, Opinion and Order (ECF No. 127), McAfee may file a renewed motion to dismiss the indictment on or before June 16, 2022.

**SO ORDERED.**

Dated:   New York, New York
        June 9, 2022

*/s/ John F. Keenan*
John F. Keenan
United States District Judge