UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-

        McAfee

-------------------------------------X

#18 CR 425 (JFK)

The conference is adjourned from July 20, 2022 to July 27, 2022 at 11:00 a.m. in person, in Courtroom 20-C. The time between July 20 and July 27, 2022 is excluded.

SO ORDERED.

Dated: New York, New York

7-18-22

JOHN F. KEENAN
United States District Judge