UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
    U.S.A.

        -V-
    McAfee

        Defendant(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-2-22

\# __18 Cr 425__   (JFK)

The conference is adjourned from August 3, 2022 to September 1, 2022 at 11:30 a.m. In Courtroom 20-C. The time between August 3 and September 1, 2022 is excluded.

SO ORDERED.

Dated: New York, New York

8-2-22

JOHN F. KEENAN
United States District Judge