```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
            U.S.A.
                                :        #18 CR 425 (JFK)
            -V-
                                :
            McAfee
                                :
--------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-11-22

The conference is adjourned from September 1, 2022 to October 6, 2022 at 11:00 a.m.

The time between September 1, 2022 and October 6, 2022 is excluded.

SO ORDERED.

Dated: New York, New York

8-11-22

_____
JOHN F. KEENAN
United States District Judge