UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
　　　　-v-                                                             :   18-CR-425 (JMF)
:
LAWRENCE McAFEE,                                                        :   ORDER
:
　　　　　　　　　Defendant.                                              :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

　　　　Earlier today, this case was reassigned to the undersigned. Unless and until the Court orders otherwise, the pretrial conference currently scheduled for October 6, 2022, *see* ECF No. 141, is RESCHEDULED to **October 4, 2022**, at **11:00 a.m.** and will be held in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

　　　　No later than **September 15, 2022**, the parties shall submit a joint status letter. Among other things, the parties should address in the letter (1) whether the Court should hold a conference sooner than October 4, 2022, or whether the conference should be adjourned until after the Court receives the report from the Bureau of Prisons ("BOP") on or before October 19, 2022, *see* ECF No. 140; and (2) whether the Court should defer decision on the pending motion to dismiss until after it receives the BOP report.

　　　　SO ORDERED.

Dated: September 7, 2022　　　　　　　　　　_____
　　　　New York, New York　　　　　　　　　　　　　JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge