

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 12, 2022

**By ECF**
Hon. Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application GRANTED. The parties shall submit a joint letter addressing/proposing next steps by October 31, 2022. The Clerk of Court is directed to terminate Doc. #148. SO ORDERED.
>
> October 12, 2022

**Re**: *United States v. Lawrence McAfee*, 18 Cr. 425 (JMF)

Dear Judge Furman,

    The Government writes, with the consent of the defendant, to respectfully request that the conference in this matter currently scheduled for October 13, 2022 be adjourned to November 3, 2022 at 3:15PM, which the Government understands is a convenient time for the Court.

    Yesterday, the parties received the forensic mental health evaluation of the defendant in this matter. A brief adjournment of tomorrow's conference is necessary to permit the parties to discuss its findings and determine whether there is an agreement on next steps. The Government further notes that the forensic report recommends that the defendant not be transferred from FMC Butner to SDNY while a competency determination is being made by this Court so that the defendant can continue to receive treatment. Defense counsel informed the Government that counsel consents to permitting the defendant to participate in the conference remotely. The Government will work with BOP and this Court's staff to facilitate such an appearance.

    The Government is available to address any questions the Court may have.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: /s/ _____
Ryan B. Finkel
Assistant United States Attorney
(212) 637-6612

Copy to: Scott B. Tulman, Esq. (by ECF)