```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                         :
UNITED STATES OF AMERICA,                                :
                                                         :
                -v-                                      :    18-CR-425 (JMF)
                                                         :
LAWRENCE McAFEE,                                         :         ORDER
                                                         :
                        Defendant.                       :
                                                         :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

IT IS HEREBY ORDERED that the time for the conference in this matter, scheduled for **November 3, 2022**, is changed from 3:00 p.m. to **10:00 a.m**., at the request of FMC Butner. The conference will occur as a video/teleconference using the Zoom platform on **November 3, 2022**, at **10:00 a.m.**

To optimize the quality of the video feed, only the Court, the Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others will participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling 888-363-4749 and use access code 5421540#.

In advance of the conference, Chambers will email the parties with further information on how to access the conference. Those participating by video will be provided a link to be pasted into their browser. The link should be used **only** at the time of the conference because accessing it earlier may cause disruptions to other proceedings.

All participants must identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another. Finally, all of

those accessing the conference — whether in listen-only mode or otherwise — are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

If Zoom does not work well enough and the Court decides to transition to its teleconference line, counsel should call 888-363-4749 and use access code 5421540#. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.) Counsel should adhere to the following rules and guidelines during the hearing:

1. Each party should designate a single lawyer to speak on its behalf (including when noting the appearances of other counsel on the telephone).

2. Counsel should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise. In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

3. To facilitate an orderly teleconference and the creation of an accurate transcript, counsel are *required* to identify themselves every time they speak. Counsel should spell any proper names for the court reporter. Counsel should also take special care not to interrupt or speak over one another.

SO ORDERED.

Dated: October 19, 2022  
      New York, New York

                                     JESSE M. FURMAN  
                                    United States District Judge